# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,

V.

T A M S, INC., a California corporation doing business as THERMAL AIRE

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 08 3103 SC

TO: (Name and address of defendant)
T A M S, INC.
2530 Warren Drive
Rocklin, CA   95677

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA   94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JUN 26 2008

Helen L. Almacen

(BY) DEPUTY CLERK