```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE SHEET   )   NO. C 08 3103 SC
    METAL WORKERS, et al.,           )
12                                   )
                    Plaintiff,       )
13                                   )   ORDER TO CONTINUE CASE
              vs.                    )   MANAGEMENT CONFERENCE
14                                   )
    T A M S, INC., a California      )
15  corporation doing business as    )
    THERMAL AIRE                     )
16                                   )
                    Defendant.       )
17  _____)
18
           IT IS ORDERED that the Case Management Conference in this
19
    case set for November 21, 2008 continued to February 20, 2009 at 10:00
20
    a.m. in Courtroom A, 17th Floor, San Francisco, CA.
21
    Dated: 11/17/08                  _____
22                                        Honorable Samuel Conti
```

*[Signature stamp: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1