1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE SHEET    )   NO. C 08 3103 SC
   METAL WORKERS, et al.,            )
13                                   )
                     Plaintiff,      )
14                                   )   REQUEST TO CONTINUE
        vs.                          )   CASE MANAGEMENT
15                                   )   CONFERENCE; ORDER
                                     )
16                                   )
   T A M S, INC., etc.               )
17                                   )
                                     )
18                   Defendant.      )
   _____)
19

20      Plaintiffs request that the Case Management Conference
21 presently set for September 25, 2009 at 10 a.m. be continued to the
22 date and time set for hearing on Plaintiffs' Motion for Default
23 Judgment, December 4, 2009 at 10:00 a.m.

24                                      Respectfully submitted,

25 DATED: September 10, 2009              ERSKINE & TULLEY
                                          A PROFESSIONAL CORPORATION
26
                                          By: /s/Michael J. Carroll
27                                            Michael J. Carroll
                                              Attorneys for Plaintiff
28

   [SEAL: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]

   REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER          1